# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael E. Petty,

       Plaintiff,                        JUDGMENT IN A CIVIL CASE

vs.                                             3:09-cv-407

Michael J. Astrue,
Commissioner of Social Security,

       Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 21, 2010 Order.

                                           Signed: April 21, 2010

                                           Frank G. Johns, Clerk
                                           United States District Court